

# United States District Court
### Western District of Texas
### Midland/Odessa and Pecos Divisions
### 200 East Wall Street, Suite 301
### Midland, Texas 79701

<table>
<tr><td>Chambers of<br>Robert Junell<br>Judge</td><td>Telephone:<br>(432) 686-4020</td></tr>
</table>

July 12, 2006

**CM RRR 7003 1680 0006 6281 7827**
Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N. E.
Washington, D. C. 20544

RECEIVED 2006 JUL 18 A 11: 20 FINANCIAL DISCLOSURE OFFICE

Re:     **Amended** Financial Disclosure Report of U. S. District Judge Robert A. Junell

Dear Committee:

Enclosed please find the original and three copies of my **Amended** Financial Disclosure Report for 2005. I have corrected all items addressed in your letter dated June 16, 2006.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Robert A. Junell
United States District Judge

RAJ:dsb
Enclosures



| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Junell, Robert A | 2. Court or Organization U.S. District Court, WDTX | 3. Date of Report 07/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☒ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address U.S. Courthouse 200 E. Wall Street, Suite 301 Midland, TX 79701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor (Estate 1) | |
| 2. Executor (Estate 2) | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | State of Texas Retirement Plan |
| 2. | |
| 3. | |

RECEIVED 2006 JUL 18 A 11: 20 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2005 | State of Texas Retirement | $ 29692 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A | 07/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Rebecca Phy & Rachel Baring | Ranch Land, Tom Green County, Texas | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A | 07/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (Account) Estate 1 | C | Interest | M | T | | | | | See Note in Part VIII |
| 2. Estate 2 | E | Distribution | M | T | | | | | See Note in Part VIII |
| 3. - Insurance Policy (General American Life) | | | | | Proceeds | 03/17 | J | | |
| 4. -Insurance Policy (Pan American Life) | | | | | Proceeds | 04/24 | J | | |
| 5. - ExxonMobile | A | Dividend | | | Distributed | 05/10 | K | | |
| 6. - ConEdison | A | Dividend | | | Sell | 06/01 | K | | Distr. to heirs Estate 2 |
| 7. - Oklahoma Gas & Electric | A | Dividend | | | Sell | 06/07 | K | | Distr. to heirs Estate 2 |
| 8. - Royalty Interest in Aspen Corp. | A | Dividend | J | W | | | | | |
| 9. - Royalty Interest in Moriam Corp. | A | Dividend | J | W | | | | | |
| 10. - Royalty Interest in McClymond Corp. | A | Dividend | | | Sell | 06/24 | J | | Distr. to heirs Estate 2 |
| 11. - Royalty Interest in North Ridge Corp. | A | Dividend | | | Sell | 05/31 | J | | Distr. to heirs Estate 2 |
| 12. - Royalty Interest in Lowrance, Inc. | A | Dividend | J | W | | | | | |
| 13. Farm - Collinsworth County, TX | B | Rent | L | W | | | | | |
| 14. Farm - Tom Green County, TX | D | Rent | N | W | Sell | 11/03 | J | | Sell of Livestock |
| 15. IRA - UBS | A | Interest | K | T | | | | | |
| 16. - Chattanooga Valley Corp. | | | | | | | | | |
| 17. - TINT Treasury | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A | 07/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Cert. Accrual Treasury | | | | | | | | | |
| 19. - Money Market Fund - UBS | | | | | | | | | |
| 20. Money Market Account - UBS | A | Interest | | | Transferred | 11/23 | K | | Trans. to Wells Fargo CD |
| 21. First National Bank of Mertzon (Accounts) | A | Interest | K | T | | | | | |
| 22. Wells Fargo Bank (Accounts) CD | A | Interest | K | T | | | | | |
| 23. Executive Life Insurance | F | None | N | T | | | | | See note in Part VIII |
| 24. SEP-Smithbarney | A | Dividend | K | T | Buy | 4/15 | K | | |
| 25. - Exxon | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VI "Liabilities" Line 1 - The liability is to these two individuals from whom the Judge purchased the land (not a bank). Payments are made directly to them.

Part VII "Investments and Trusts" Line 1 - Judge Junell became the executor of ███████ estate upon ███ death in 2003. The estate has been distributed and the Judge's share of the proceeds continue to remain in Wells Fargo.

Part VII "Investments and Trusts" Line 2 - Judge Junell became the Executor of ██████ estate upon ███ death in October, 2004. The total amount of the estate was approximately $212,840. He has distributed all but $2,100.00. The estate was divided by three (3) and the value of the Judge's portion was approximately $70,243 (this included one-third of the Exxon stock inherited from ██████

Part VII "Investments and Trusts" Line 23 - The amount received was the result of a settlement of a law suit in the 1980's while Judge Junell was an attorney. The amount will be distributed over four (4) years and is a fixed-amount.

**Part VII "Investments and Trusts" (on 2004 Financial Disclosure Report) Line 22 - The line was inadvertently left in the 2004 report. It was redeemed on 11/17/03.
**Part VII "Investments and Trusts" (on 2004 Financial Disclousre Report) Line 23 - The line was inadvertently left in the 2004 report. It was redeemed on 8/23/03.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date\_7 - 12 - 06\_\_\_\_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. §104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Junell, Robert A | U.S. District Court, WDTX | 05/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse <br> 200 E. Wall Street, Suite 301 <br> Midland, TX 79701 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor (Estate 1) | |
| 2. Executor (Estate 2) | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | State of Texas Retirement Plan |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 10 A 9: 41 FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | State of Texas Retirement | $ 29692 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Rebecca Phy & Rachel Baring | Ranch Land, Tom Green County, Texas | K |
| 2. San Angelo National Bank | Travel Trailer | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (Account) Estate 1 | C | Interest | M | T | | | | | See Note in Part VIII |
| 2. Estate 2 | E | Distribution | M | T | | | | | See Note in Part VIII |
| 3. - Insurance Policy (General American Life) | | | | | Proceeds | 03/17 | J | | |
| 4. -Insurance Policy (Pan American Life) | | | | | Proceeds | 04/24 | J | | |
| 5. - ExxonMobile | A | Dividend | | | Distributed | 05/10 | K | | |
| 6. - ConEdison | A | Dividend | | | Sell | 06/01 | K | | Distr. to heirs Estate 2 |
| 7. - Oklahoma Gas & Electric | A | Dividend | | | Sell | 06/07 | K | | Distr. to heirs Estate 2 |
| 8. - Royalty Interest in Aspen Corp. | A | Dividend | J | W | | | | | |
| 9. - Royalty Interest in Moriam Corp. | A | Dividend | J | W | | | | | |
| 10. - Royalty Interest in McClymond Corp. | A | Dividend | | | Sell | 06/24 | J | | Distr. to heirs Estate 2 |
| 11. - Royalty Interest in North Ridge Corp. | A | Dividend | | | Sell | 05/31 | J | | Distr. to heirs Estate 2 |
| 12. - Royalty Interest in Lowrance, Inc. | A | Dividend | J | W | | | | | |
| 13. Farm - Collinsworth County, TX | B | Rent | L | W | | | | | |
| 14. Farm - Tom Green County, TX | D | Rent | N | W | Sell | 11/03 | J | | Sell of Livestock |
| 15. IRA - UBS | A | Interest | K | T | | | | | |
| 16. - Chattanooga Valley Corp. | | | | | | | | | |
| 17. - TINT Treasury | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Cert. Accrual Treasury | | | | | | | | | |
| 19. - Money Market Fund | | | | | | | | | |
| 20. Money Market Account - UBS | A | Interest | | | Transferred | 11/23 | K | | Trans. to Wells Fargo CD |
| 21. First National Bank of Mertzon (Accounts) | A | Interest | K | T | | | | | |
| 22. Wells Fargo Bank (Accounts) CD | A | Interest | K | T | | | | | |
| 23. Executive Life Insurance | F | None | N | T | | | | | See note in Part VIII |
| 24. SEP-Smithbarney | | | K | T | Buy | 4/15 | K | | |
| 25. - Exxon | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VI "Liabilities" Line 1 - The liability is to these two individuals from whom the Judge purchased the land (not a bank). Payments are made directly to them.

Part VII "Investments and Trusts" Line 1 - Judge Junell became the executor of ███████ s estate upon ███████ in 2003. The estate has been distributed and the Judge's share of the proceeds continue to remain in Wells Fargo.

Part VII "Investments and Trusts" Line 2 - Judge Junell became the Executor of ███████ estate upon ███████ in October, 2004. The total amount of the estate was approximately $212,840. He has distributed all but $2,100.00. The estate was divided by three (3) and the value of the Judge's portion was approximately $70,243 (this included one-third of the Exxon stock inherited from ███████

Part VII "Investments and Trusts" Line 23 - The amount received was the result of a settlement of a law suit in the 1980's while Judge Junell was an attorney. The amount will be distributed over four (4) years and is a fixed-amount.

**Part VII "Investments and Trusts" (on 2004 Financial Disclosure Report) Line 22 - The line was inadvertently left in the 2004 report. It was redeemed on 11/17/03.
**Part VII "Investments and Trusts" (on 2004 Financial Disclousre Report) Line 23 - The line was inadvertently left in the 2004 report. It was redeemed on 8/23/03.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_ May 5, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544